# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2993 Disciplinary Docket No. 3 |
| | : |
| DELPHINE LARA FARR A/K/A | : No. 101 DB 2023 |
| DELPHINE LARA JANEY | : |
| | : (Colorado Supreme Court, Case No. |
| | : 23PDJ015) |
| | : |
| | : Attorney Registration No. 204732 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2023, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Delphine Lara Farr, a/k/a Delphine Lara Janey, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months, consistent with the Order of the Colorado Supreme Court entered on April 13, 2023. She shall comply with the provisions of Pa.R.D.E. 217.